**Jessie AKERS, Jr., et al.**

v.

**DIRECTOR OF BUREAU OF LABOR STANDARDS.**

Supreme Judicial Court of Maine.

Argued March 4, 1986.

Decided March 10, 1986.

Neil Shankman, Legal Center of Maine, (orally), Lewiston, for plaintiffs.

James E. Tierney, Atty. Gen., Leanne Robbin, Asst. Atty. Gen., (orally), Augusta, for defendant.

Before NICHOLS, ROBERTS, VIOLETTE, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION

The appellants, all former employees of the Wyandotte Mill in Waterville, appeal from a judgment in Superior Court, Kennebec County, granting the defendants' motion to dismiss under Rule 12(b)(6) M.R. Civ.P.

The issue on appeal is whether vacation, retirement and severance pay benefits, earned from a now insolvent employer are compensable to former employees out of the Maine Wage Assurance Fund, 26 M.R. S.A. § 632 (Supp.1985). We recently deter-

mined in *Seeley v. Director of Bureau of Labor Standards*, 505 A.2d 95 (Me.1986), that 26 M.R.S.A. § 632 cannot be interpreted to include fringe benefits within the meaning of the term "wages". Our reasoning in *Seeley* is fully applicable to the instant case.

The entry is:

Judgment affirmed.

All concurring.